P. 1 OF 8

**FILED**

FEB 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

FILE No.

Case: 1:08-cv-00352
Assigned To : Unassigned
Assign. Date : 2/27/2008
Description: Pro Se General Civil

*[stamp: CASE REASSIGNED APR 03 2008 TO: FRIEDMAN, J. PLF]*

OSCAR ELISEO MEDELIUS-RODRIGUEZ.
WAKE Co. JAIL PLAINTIFF
        POB 2419
RALEIGH, N.C. 27602

V

THE UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES (USCIS) (FORMERLY
IMMIGRATION AND NATURALIZATION SERVICE - INS.)
        DEFENDANT

COMPLAINT

THIS IS A DECLARATORY - JUDGEMENT ACTION FILED BY OSCAR
ELISEO MEDELIUS-RODRIGUEZ SEEKING A COURT-PRONOUNCEMENT
ABOUT THE VIOLATION OF HIS CONSTITUTIONAL RIGHTS

JURISDICTION

1- THIS IS A DECLARATORY-JUDGEMENT ACTION UNDER 28 U.S.C
§ 2201 AND FED. R. CIV. P. RULE 57. THIS COURT HAS JURISDICTION
UNDER 28 U.S.C §§ 1331 AND 2201.

**RECEIVED**

FEB 1 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VENUE

1

2.- This is the proper venue under  28 U.S.C § 1391 (e)

## Parties

3.- The Plaintiff, Oscar Eliseo Medelius-Rodriguez, is a native-citizen of Peru with more than six years in the United States.

4.- The Defendant, the United States Citizenship and Immigration Services (USCIS) (formerly Immigration and Naturalization Service - INS-) is the federal agency in-charge of Plaintiff's asylum petition and employment verification information

## Facts

5.- On July 31, 2001 the Plaintiff was admitted to the United States at Miami (Florida) as non-immigrant (B-2 visa) with authorization to remain in the United States for a period not to exceed January 30, 2002.

6.- In November 2001 the Plaintiff filed with the formerly Immigration and Naturalization Service - INS a political asylum application alleging that the Peruvian authorities had begun a political persecution against him.

7- On January 3rd 2002 an "Acknownledgement of Receipt" of the Asylum application was issued. Also a permit to remain in the United States was granted. SEE Exhibit 1.

8.- On August 3rd 2002 Plaintiff filed an Application for Employment Authorization with the Vermont Service Center of the United States Citizenship and Immigration Services (USCIS) - hereinafter "The Vermont Service Center" - .

According with this application Plaintiff ratified that:

a.- He was legally in the United States.

b.- His address was in Paterson (New Jersey).

The authorization was granted on October 18, 2002.

SEE Exhibit 2.

9- On May 15th, 2003 Plaintiff filed His renewal of Employment Authorization with "The Vermont Service Center".

Plaintiff disclosed again that:

p. 4 of 8

a.- HE WAS LEGALLY IN THE UNITED STATES

b.- HIS ADDRESS WAS IN PATERSON (NEW JERSEY).

THE AUTHORIZATION WAS GRANTED ON JANUARY 28TH, 2005

SEE EXHIBIT 3.

10.- IN OR ABOUT AUGUST 2003 THE SAME VERMONT SERVICE CENTER OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS) IN CHARGE OF PLAINTIFF'S EMPLOYMENT VERIFICATION INFORMATION DISCLOSED TO PERU, THROUGHT INTERPOL, THAT PLAINTIFF WAS LEGALLY IN THE UNITED STATES IN PATERSON (NEW JERSEY). SEE EXHIBIT 4.

11.- WITH THIS INFORMATION THE PERUVIAN COURT OF APPEALS ISSUED A REQUEST FOR PLAINTIFF'S PROVISIONAL ARREST AND EXTRADITION, WHERE IT WAS CLEARLY SETTLED THAT THE PROXIMATE CAUSE OF THAT ORDER WAS THE INFORMATION DISCLOSED BY "THE VERMONT SERVICE CENTER". SEE EXHIBIT 5.

## CLAIMS

PLAINTIFF CLAIMS THAT THE UNITED STATES HAS VIOLATED HIS CONSTITUTIONAL RIGHTS OF PRIVACY AND DUE-PROCESS

P. 5 OF 8

WHEN "THE VERMONT SERVICE CENTER" DISCLOSED HIS LOCATION IN THE UNITED STATES TO PERU. THE DISCLOSURE WAS OF INFORMATION OBTAINED FROM THE PLAINTIFF FOR EXCLUSIVELY USE IN THE EMPLOYMENT VERIFICATION SYSTEM AND UNDER A PLEDGE OF CONFIDENTIALITY. BESIDES THE INFORMATION OF THE EMPLOYMENT VERIFICATION SYSTEM WAS USED FOR A PURPOSE BANNED BY FEDERAL STATUTE.

## FIRST CAUSE OF ACTION.

12.- THE CONDUCT STATED IN PARAGRAPH (10) IS A VIOLATION OF PLAINTIFF'S RIGHT OF PRIVACY PROTECTED BY THE FOURTH AMENDMENT TO THE CONSTITUTION.

13.- PLAINTIFF'S RIGHT OF PRIVACY WAS VIOLATED BECAUSE:

a) IT IS A WELL-SETTLED LAW THAT THE CAPACITY TO CLAIM THE PROTECTION OF THE FOURTH AMENDMENT DEPENDS "UPON WHETHER THE PERSON WHO CLAIMS THE PROTECTION OF THE AMENDMENT HAS A LEGITIMATE EXPECTATION OF PRIVACY". SEE RAKAS v ILLINOIS, 439 U.S. 128, 143 (1978).

b) IN THIS INSTANT CASE THE SOURCE FOR THE "LEGITIMATE EXPECTATION OF PRIVACY" IS CONFERRED BY 8 U.S.C 1324a(d) (2)(D) WHEN IN MANDATORY MANNER STATES:

p. 6 of 8

"THE (EMPLOYMENT VERIFICATION) SYSTEM MUST PROTECT THE PRIVACY AND SECURITY OF PERSONAL INFORMATION . . ." (EMPHASIS ADDED).

c) ALSO THE EMPLOYMENT VERIFICATION INFORMATION MAY NOT BE MADE AVAILABLE TO GOVERNMENT AGENCIES, EMPLOYERS AND OTHER PERSONS EXCEPT TO THE EXTENT NECESSARY TO VERIFY THAT AN INDIVIDUAL IS NOT AN UNAUTHORIZED ALIEN. SEE 8 U.S.C 1324a (d)(2)(c).

14.- THIS LEGITIMATE EXPECTATION OF PRIVACY WAS BESTOWED BY THE PLEDGE OF CONFIDENTIALITY GIVEN BY THE AFOREMENTIONATED SAFEGUARDS.

15.- WITHOUT THESE SAFEGUARDS PLAINTIFF WOULD NOT HAVE GIVEN HIS UTMOST CONFIDENCE TO THE UNITED STATES AUTHORITIES.

16.- THE BREACH OF A PLEDGE OF CONFIDENTIALITY IS THE MATERIAL ELEMENT OF A RIGHT OF PRIVACY VIOLATION. SEE FADJO v COON, 633 F. 2d 1172 (5TH CIR 1981); ALSO JAMES v CITY OF DOUGLAS GA. 941 F.2d 1539, 1544 (11TH CIR 1991).

17.- THEN, TO VIOLATE PLAINTIFF'S CONSTITUTIONAL RIGHT OF PRIVACY, AS IN THIS CASE, "THE INFORMATION DISCLOSED MUST BE . . . A FLAGRANT BREACH OF A

PLEDGE OF CONFIDENTIALITY WHICH WAS INSTRUMENTAL IN OBTAINING THE PERSONAL INFORMATION. SEE ALEXANDER v PEFFER, 993 F. 2d 1348, 1350 (8TH CIR 1993).

## SECOND CAUSE OF ACTION

18.- THE DISCLOSURE OF PLAINTIFF'S LOCATION BY "THE VERMONT SERVICE CENTER" STATED IN PARAGRAPH (10) VIOLATED THE DUE PROCESS OF LAW IN VIOLATION OF THE FIFTH AMENDMENT TO THE CONSTITUTION.                    •

19.- PLAINTIFF'S FIFTH AMENDMENT RIGHT TO DUE-PROCESS OF LAW WAS VIOLATED BECAUSE :

   a.- THE INFORMATION OF THE EMPLOYMENT VERIFICATION SYSTEM MAY NOT BE USED FOR LAW ENFORCEMENT PURPOSES OTHER THAN FOR ENFORCEMENT OF 8 U.S.C CHAPTER 12 AND 18 U.S.C §§ 1001, 1028, 1546 AND 1621. SEE 8 U.S.C § 1324a (b) (5); (d) (2) (F).

   b.- IN THIS INSTANT CASE THE PURPOSE WAS THE ENFORCEMENT OF AN EXTRADITION TREATY, END BANNED BY FEDERAL LAW.

20.- THE CONSTITUTIONAL MAGNITUDE OF THIS VIOLATION IS GIVEN WHEN AS CONSEQUENCE OF THIS DISCLOSURE PLAINTIFF IS INCARCERATED MORE THAN 2 YEARS, VICTIM OF AN UNCONSTITUTIONAL PERUVIAN EXTRADITION-

p. 8 of 8

PROSECUTION AMOUNTED TO POLITICAL PERSECUTION. SEE PAUL v DAVIS, 424 U.S. 693 (1976).

21.- THE DISCLOSURE OF CONFIDENTIAL INFORMATION TO SATISFY A PURPOSE BANNED BY LAW IS A CLEAR GOVERNMENTAL ABUSE OF POWER AMOUNTED TO A CONSTITUTIONAL DUE-PROCESS OF LAW VIOLATION. SEE DANIELS v WILLIAMS, 474 U.S. 327 (1986).

## RELIEF

WHEREFORE PLAINTIFF REQUESTS THIS HONORABLE COURT A DECLARATORY-JUDGMENT ESTABLISHING THAT THE DEFENDANT VIOLATED THE UNITED STATES CONSTITUTION WHEN IT DISCLOSED TO PERU THE PLAINTIFF'S LOCATION IN THE UNITED STATES USING CONFIDENTIAL INFORMATION OF THE EMPLOYMENT VERIFICATION SYSTEM FOR A PURPOSE BANNED BY LAW

RESPECTFULLY YOURS,

OSCAR ELISEO MEDELIUS-RODRIGUEZ
C/O WAKE COUNTY JAIL
P.O. BOX 2419
RALEIGH, NC 27602

EXHIBIT 1

US DEPARTMENT OF JUSTICE
US IMMIGRATION AND NATURALIZATION
ASYLUM OFFICE
1200 WALL ST WEST
LYNDHURST, NJ 07071

FROM

NAME: OSCAR MEDELIUS
A-NUMBER: 95368654

DATE: 1/03/02
FORM: I-589

*** ACKNOWLEDGEMENT OF RECEIPT ***

Your complete Form I-589 asylum application was received and is pending as of 12/17/01. You may remain in the U.S. until your asylum application is decided. If you wish to leave while your application is pending, you must obtain advance parole from INS. If you change your address, send a written notification of the change within 10 days to the above address. You will receive a notice informing you when you and those listed on your application as a spouse or dependents must appear for an asylum interview. Bring to the interview 3 copies of documentary evidence of your relationship to those family members.

TO

OSCAR MEDELIUS
351 EAST 16TH STREET
PATERSON, NJ 07524

08 0352

FILED
FEB 2 7 2008

EXHIBIT 2

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB # 1115-0163

Application for Employment Authorization

| Do Not Write In This Block | | |
|---|---|---|
| Remarks | Action Stamp | Fee Stamp |
| A# | | |
| Applicant is filing under 274a.12_____ | | |

☐ Application Approved.  Employment Authorized / Extended  (Circle One) _____ (Date).
                                                                                    until _____ (Date).

Subject to the following conditions: _____
☐ Application Denied.
    ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
    ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c) (14), (18) and 8 CFR 214.2(f)

I am applying for:    ☑ Permission to accept employment
    ☐ Replacement  (of lost employment authorization document).
    ☐ Renewal of my permission to accept employment  (attach previous employment authorization document).

**1. Name (Family Name in CAPS)    (First)         (Middle)**
MEDELIUS, OSCAR, E.

**2. Other Names Used (Include Maiden Name)**
OSCAR ELISEO MEDELIUS RODRIGUEZ

**3. Address in the United States (Number and Street) (Apt. Number)**
351 EAST 16TH STREET

(Town or City)          (State/Country)          (ZIP Code)
PATERSON NJ 07524

**4. Country of Citizenship/Nationality**
PERUVIAN

**5. Place of Birth (Town or City)  (State/Province)     (Country)**
BELLAVISTA                                    PERU

**6. Date of Birth (Month/Day/Year)        7. Sex**
3-9-1955                                    ☑ Male  ☐ Female

**8. Marital Status**  ☑ Married  ☐ Single  ☐ Widowed  ☐ Divorced

**9. Social Security Number (Include all Numbers you have ever used)**
N/A

**10. Alien Registration Number (A-Number) or I-94 (if any)**
I-94# 390 37244707

**11. Have you ever before applied for employment authorization from INS?**
☐ Yes (if yes, complete below)     ☑ No
Which INS Office?          Date(s)

Results (Granted or Denied - attach all documentation)

**12. Date of Last Entry into the U.S. (Month/Day/Year)**
JULY 31, 2001

**13. Place of Last Entry into the U.S.**
MIAMI, FLORIDA

**14. Manner of Last Entry (Visitor, Student, etc.)**
VISITOR

**15. Current Immigration Status (Visitor, Student, etc.)**
I-589 PENDING

**16.** Go to Part 2 of the instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.).

Eligibility under 8 CFR 274a.12

( C )  ( 8 )  (    )

## Certification

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.  I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
| | 973-345-3611 | 07/22/02 |

**Signature of Person Preparing Form if Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date |
|---|---|---|---|
| Sohail Mohammed, Esq. | 1030 Clifton Avenue<br>Clifton, NJ 07013 | | 07/22/02 |

80 0352

| | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | FEB 2 7 2008 | |

Form I-765 (Rev. 04-25-95)N Page 7

## NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

| In re: I-765 | DATE 07/22/02 |
| --- | --- |
| | FILE No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s).

| NAME OSCAR E. MEDELIUS | ☐ Petitioner    ☑ Applicant ☐ Beneficiary    ☐ |
| --- | --- |

ADDRESS    (Apt. No.)        (Number & Street)        (City)        (State)        (Zip Code)
351 EAST 16TH STREET PATERSON NJ 07524

| NAME | ☐ Petitioner    ☐ Applicant ☐ Beneficiary    ☐ |
| --- | --- |

ADDRESS    (Apt. No.)        (Number & Street)        (City)        (State)        (Zip Code)

*Check Applicable Item(s) below:*

☑ 1.  I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

NEW JERSEY SUPREME COURT ————————————————————— and am not under a
*(Name of Court)*
court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2.  I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3.  I am associated with ————————————————————————————————
The attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4.  Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS Law Offices of Sohail Mohammed 1030 Clifton Avenue  Clifton NJ 07013 |
| --- | --- |
| NAME (Type or Print) Sohail  Mohammed | TELEPHONE NUMBER 973 779 6589 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE  OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Sohail  Mohammed
*(Name of Attorney or Representative)*
*THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:*
OSCAR E. MEDELIUS

| NAME OF PERSON CONSENTING OSCAR E. MEDELIUS | SIGNATURE OF PERSON CONSENTING | DATE 07/22/02 |
| --- | --- | --- |

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)*

Form G-28
(Rev.10-25-79)N                                    (Over)                      UNITED STATES DEPARTMENT OF JUSTICE
                                                                                    Immigration and Naturalization Service

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-02-256-53330 | CASE TYPE  I765<br>APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|
| RECEIVED DATE<br>August 3, 2002 | PRIORITY DATE | APPLICANT<br>MEDELIUS, OSCAR E |
| NOTICE DATE<br>August 6, 2002 | PAGE<br>1 of 1 | |

| | |
|---|---|
| SOHAIL MOHAMMED<br>LAW OFFICES SOHAIL MOHAMMED<br>1030 CLIFTON AVENUE<br>CLIFTON NJ 07013 | Notice Type: Receipt Notice<br><br>Amount received: $ 120.00<br>Representative's Copy<br>Class requested: C08 |

The above application for an Employment Authorization Document (EAD), Form I-765, has been received. Processing time is approximately 80 days from the date of this receipt notice.

A Notice of Action, Form I-797, will be sent to you at the address stated above when a decision on this case is made.

If any of the above information is incorrect, or you ... decision on this application within 90 days, please notify us immediately.

Case status information is available 24 hours a day by ... the number (802) 527-4913 from a touch-tone phone. You will need the receipt number listed on this notice to obtain ... information.

If inquiry is written, please attach a copy of this not...

If you have other questions about possible immigration ... ts and services, filing information, or Immigration and Naturalization Service forms, please call the INS Nat... stomer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

If you have access to the Internet, you can also ... t **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, ... general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913



U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| **RECEIPT NUMBER**<br>EAC-02-256-53330 | **CASE TYPE** I765<br>APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| **RECEIPT DATE**<br>August 6, 2002  **PRIORITY DATE** | **APPLICANT** A95 368 654<br>MEDELIUS, OSCAR E. |
| **NOTICE DATE**<br>October 18, 2002  **PAGE**<br>1 of 1 | |

SOHAIL MOHAMMED
LAW OFFICES SOHAIL MOHAMMED
1030 CLIFTON AVENUE
CLIFTON NJ 07013

**Notice Type:** Approval Notice
Class: C08
Valid from 08/23/2002 to 08/22/2003
Representative's Copy

Your application for employment authorization has been approved. The Form I-688B, Employment Authorization Document, was sent under separate cover to the beneficiary.

This card authorizes your employment in the United States. Show this card to your employer to verify authorization to work during the dates on the card.

If any information on the card is incorrect, please contact the office listed below. Include your Employment Authorization Document, I-688B, a photocopy of this notice, and evidence to support the necessary corrections.

THIS FORM IS NOT A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION, NOR MAY IT BE USED IN PLACE OF A VISA OR FORM I-688B.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913





EXHIBIT 3

U.S. Department of Justice
Immigration and Naturalization Service

OMB # 1115-0163

**Application for Employment Authorization**

| Do Not Write In This Block | | |
|---|---|---|
| Remarks<br><br>A#<br><br><br>Applicant is filing under 274a.12_____ | Action Stamp | Fee Stamp |

☐ Application Approved.  Employment Authorized / Extended  (Circle One) _____ (Date).
                                                                    until _____ (Date).
   Subject to the following conditions: _____
☐ Application Denied.
   ☐ Failed to establish eligibility under 8 CFR 274a.12 (a) or (c).
   ☐ Failed to establish economic necessity as required in 8 CFR 274a.12(c) (14), (18) and 8 CFR 214.2(f)

I am applying for:   ☐ Permission to accept employment
                     ☐ Replacement  (of lost employment authorization document).
                     ☑ Renewal of my permission to accept employment  (attach previous employment authorization document).

| | |
|---|---|
| 1.  Name (Family Name in CAPS)      (First)      (Middle)<br>MEDELIUS, OSCAR, E. | 11.  Have you ever before applied for employment authorization from INS?<br>☑  Yes (If yes, complete below)      ☐ No |
| 2.  Other Names Used (Include Maiden Name)<br>OSCAR ELISEO MEDELIUS RODRIGUEZ | Which INS Office?          Date(s)<br>VSC                        10/18/2002 |
| 3.  Address in the United States  (Number and Street)  (Apt. Number)<br>351 EAST 16TH STREET | Results (Granted or Denied - attach all documentation)<br>GRANTED |
| (Town or City)      (State/Country)    (ZIP Code)<br>PATERSON            NJ 07524 | 12.  Date of Last Entry into the U.S. (Month/Day/Year)<br>JULY 31, 2001 |
| 4.  Country of Citizenship/Nationality<br>PERUVIAN | 13.  Place of Last Entry into the U.S.<br>MIAMI, FLORIDA |
| 5.  Place of Birth (Town or City)  (State/Province)    (Country)<br>BELLAVISTA                        PERU | 14.  Manner of Last Entry (Visitor, Student, etc.)<br>VISITOR |
| 6.  Date of Birth (Month/Day/Year)    7.  Sex<br>3-9-1955                  ☑ Male  ☐ Female | 15.  Current Immigration Status (Visitor, Student, etc.)<br>I-589 PENDING |
| 8.  Marital Status  ☑ Married      ☐ Single<br>                    ☐ Widowed    ☐ Divorced | 16.  Go to Part 2 of the instructions, Eligibility Categories. In the space below, place the letter and number of the category you selected from the instructions (For example, (a)(8), (c)(17)(iii), etc.). |
| 9.  Social Security Number (Include all Numbers you have ever used)<br>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 | Eligibility under 8 CFR 274a.12 |
| 10.  Alien Registration Number (A-Number) or I-94 Number (if any)<br>A095-368-654 | (  C  )  (  8  )  (        ) |

## Certification

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.  I have read the Instructions in Part 2 and have identified the appropriate eligibility category in Block 16.

| Signature | Telephone Number | Date |
|---|---|---|
|  | 973-345-3611 | 04/17/03 |

**Signature of Person Preparing Form if Other Than Above:** I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge.

| Print Name | Address | Signature | Date |
|---|---|---|---|
| Sohail Mohammed, Esq. | 1030 Clifton Avenue<br>Clifton, NJ 07013 |  | 04/17/03 |

30  0352

FILED

| | Initial Receipt | Resubmitted | Relocated | | Completed | | |
|---|---|---|---|---|---|---|---|
| | | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | | | | |

FEB 2 7 2008

## NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

| In re: I-765 | DATE 04/17/03 |
|---|---|
| | FILE No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s).

| NAME OSCAR E. MEDELIUS | ☐ Petitioner  ☑ Applicant ☐ Beneficiary  ☐ |
|---|---|

ADDRESS (Apt. No.)  (Number & Street)  (City)  (State)  (Zip Code)
351 EAST 16TH STREET    PATERSON    NJ    07524

| NAME | ☐ Petitioner  ☐ Applicant ☐ Beneficiary  ☐ |
|---|---|

ADDRESS (Apt. No.)  (Number & Street)  (City)  (State)  (Zip Code)

### Check Applicable Item(s) below:

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

NEW JERSEY SUPREME COURT _____ and am not under a
(Name of Court)
court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____
The attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS Law Offices of Sohail Mohammed 1030 Clifton Avenue  Clifton NJ 07013 |
|---|---|
| NAME (Type or Print) Sohail Mohammed | TELEPHONE NUMBER 973 779 6589 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:

Sohail Mohammed
(Name of Attorney or Representative)
THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:
OSCAR E. MEDELIUS

| NAME OF PERSON CONSENTING OSCAR E. MEDELIUS | SIGNATURE OF PERSON CONSENTING | DATE 04/17/03 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

Form G-28
(Rev.10-25-79)N    (Over)    UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-03-173-52886 | | CASE TYPE   I765<br>APPLICATION FOR EMPLOYMENT AUTHORIZATION |
|---|---|---|
| RECEIVED DATE<br>May 15, 2003 | PRIORITY DATE | APPLICANT   A95 368 654<br>MEDELIUS, OSCAR E. |
| NOTICE DATE<br>May 21, 2003 | PAGE<br>1 of 1 | |

SOHAIL MOHAMMED
LAW OFFICES OF SOHAIL MOHAMMED
1030 CLIFTON AVENUE
CLIFTON NJ 07013

**Notice Type:**  Receipt Notice

Amount received: $  120.00
Representative's Copy
Class requested: C08

The above application for an Employment Authorization Document (EAD), Form I-765, has been received.  Processing time is approximately 80 days from the date of this receipt notice.

A Notice of Action, Form I-797, will be sent to you at the address listed above when a decision on this case is made.

If any of the above information is incorrect, or you do not receive a decision on this application within 90 days, please notify us immediately.

Case status information is available 24 hours a day by calling the number (800) 375-5283 from a touch-tone phone.  You will need the receipt number listed on this notice to obtain the information.

If inquiry is written, please attach a copy of this notice.

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

---

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I765 |
|---|---|
| EAC-03-173-52886 | APPLICATION FOR EMPLOYMENT AUTHORIZATION |

| RECEIPT DATE | PRIORITY DATE | APPLICANT  A95 368 654 |
|---|---|---|
| May 21, 2003 | | MEDELIUS, OSCAR E. |

| NOTICE DATE | PAGE |
|---|---|
| January 28, 2005 | 1 of 1 |

SOHAIL MOHAMMED
LAW OFFICES OF SOHAIL MOHAMMED
1030 CLIFTON AVENUE
CLIFTON NJ 07013

**Notice Type:** Approval Notice
Class: C08
Valid from 01/25/2005 to 01/24/2006
Representative's Copy

Your application for employment authorization has been approved. The Form I-688B, Employment Authorization Document, was sent under separate cover to the beneficiary.

This card authorizes your employment in the United States. Show this card to your employer to verify authorization to work during the dates on the card.

If any information on the card is incorrect, please write the office listed below. Include your Employment Authorization Document, I-688B, a photocopy of this notice, and evidence to support the necessary corrections.

THIS FORM IS NOT A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION, NOR MAY IT BE USED IN PLACE OF A VISA OR FORM I-688B.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
**Customer Service Telephone: (800) 375-5283**



# EXHIBIT 4

**ESTADOS UNIDOS DE AMÉRICA (UNITED STATES OF AMERICA)**

**OFICINA CENTRAL NACIONAL (NATIONAL CENTRAL OFFICE)**

**INTERPOL WASHINGTON - U.S.A.**

| | | |
|---|---|---|
| **From** | : | INTERPOL WASHINGTON |
| **To** | : | INTERPOL LIMA |
| **Subject** | : | Oscar Eliseo MEDELIUS RODRÍGUEZ |
| **Our ref.** | : | 20020811679/MXR |
| **Your ref.** | : | 3981 DIDCAP CN-294.476 |
| | | Docket 44048 ESTUP.1 |
| **Date** | : | August 22, 2003 |
| **Priority** | : | Normal |

The Immigration and Naturalization Service in Vermont
seems to have located the above fugitive from justice in
Patterson, New Jersey. It appears that, to date, he is in
the said city as a legal immigrant. Please inform us **URGENTLY**
whether he is still wanted. Let us have a copy of the arrest
warrant in force and inform us whether his provisional arrest
and extradition shall be requested through diplomatic
channels.

Date: August 25, 2003     NOTE: THE SAME DAY TREATY WAS FULL OF FORCE
AFTER TWO YEARS OF SIGNED"

Translated from English by:

(seal and illegible signature)

------------------
(seal)     COPY OF COPY          * (Emphasis our with Arrow)

------------------

María del Carmen Pizarro Sabogal
Certified Public Translator

08 0352
08 0352

**FILED**

FEB 2 7 2008

EXHIBIT H

EXHIBIT 5

CORTE SUPERIOR DE JUSTICIA DE LIMA

(COURT OF APPEALS IN AND FOR LIMA)

SALA PENAL ESPECIAL "B"

(CRIMINAL DIVISION WITH LIMITED JURISDICTION "B")

LIMA – PERU

## REQUEST FOR PROVISIONAL ARREST AND EXTRADITION

The Members of the Criminal Division with Limited Jurisdiction "B" of the Court of Appeals in and for Lima, present their greetings to the competent legal authorities of the United States of America, requesting, based on the EXTRADITION TREATY adopted by THE REPUBLIC OF PERU AND THE UNITED STATES OF AMERICA on July 25, 2001, ratified and in force as from August 25, 2003, THE PROVISIONAL ARREST AND EXTRADITION of the Peruvian citizen Oscar Eliseo MEDELIUS RODRÍGUEZ, having become aware, by Official Letter 7616-DGPNP/INTERPOL-DIDCAP, submitted by the National Central Office – INTERPOL LIMA to the Third Criminal Court on August 25, 2003, that by message 20020811679/MXR, received from INTERPOL WASHINGTON, the immigration service of the City of Vermont, State of New Jersey, United States of America seems to have located the Peruvian citizen Oscar Eliseo MEDELIUS RODRÍGUEZ in said city and he is currently a legal immigrant.

In addition, by Message 4333-DGPNP/INTERPOL the INTERPOL

(* EMPHASIS ADDED)

María del Carmen Pizarro Sabogal
Certified Public Translator

FILED
FEB 2 7 2008
NANCY MAYER WHITTINGTON,
U.S. DISTRICT COURT

08 0352