AO 240 (Rev. 10/03)

FILED
FEB 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

District of **Columbia**

**Oscar Eliseo Medelius-Rodriguez**
Plaintiff

V.

**United States Citizenship and Immigration Services (USCIS)**
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **08 0352**

I, **Oscar Eliseo Medelius-Rodriguez** declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant      ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration **Wake County Jail, Raleigh, North Carolina**

    Are you employed at the institution? **No**    Do you receive any payment from the institution? **No**

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    **N/A**

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

    **February 6, 2006. Self-Employed. $400/week (Two Years Incarcerated)**

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☒ No
    b. Rent payments, interest or dividends              ☐ Yes    ☒ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
    d. Disability or workers compensation payments       ☐ Yes    ☒ No
    e. Gifts or inheritances                             ☐ Yes    ☒ No
    f. Any other sources                                 ☐ Yes    ☒ No

RECEIVED
FEB 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

AO 240 Reverse (Rev. 10/03)

N/A

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes  ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ☐ Yes  ☒ No

   If "Yes," describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

2/7/2008
Date

Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

# INTEROFFICE MEMO

**DATE:** 1/22/2008
**TO:** MR. MEDELIUS
**FROM:** A. MOORE
**RE:** BALANCE INQUIRY

Mr. Medelius,

I have enclosed a detail of your account transactions. Please review and indicate which transactions are in question. If you find any discrepancies, please send the report back to me with your concerns.

YOUR CURRENT BALANCE IS AS OF 1/22/08 is $ 0.12

The "DETAIL INMATE BANKING TRANSACTION REPORT" has a breakdown of all transactions on your account. Please note that in the column "TYPE" the follow codes are used to explain what kind of transaction occurred:

C—Commissary Purchase

A—Commissary Credit

D—Deposit

W—Withdrawal

R—Reversal (removing money for a specific reason—see comment for explanation)

M—Medical Fee

N—Medical Credit

Confidential

08 0352

FILED

FEB 2 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT