## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

OSCAR E. MEDELIUS-RODRIGUEZ
                                         )
     Plaintiff                      )
                                         )          Civil Action No.  08-0352 PLF
The US Citizenship & Immigration   )
Services (USCIS)                       )
                                         )
     Defendant                    )

### REASSIGNMENT OF CIVIL CASE
### (non-calendar committee)

The above entitled action was assigned on April 3, 2008  from Unassigned (9098)

to Judge Friedman  because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Scott
Deputy Clerk

CC:    Judge Friedman
& Courtroom Deputy
Civil Case Processing Clerk
      Statistical