**RECEIVED**
APR 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the
United States District Court
for the District of Columbia

Oscar Eliseo Medelius-Rodriguez  )   Civil Action No.
    Plaintiff )   08-0352-PLF
)
v )   Motion for Leave to File
)   an Amended Complaint
The United States Citizenship and )
Immigration Services (USCIS) )
    Defendant )

Plaintiff Oscar Eliseo Medelius-Rodriguez, pursuant to Rules 15(a) and 19(a) Fed. R. Civ. Proc., requests leave to file an amended complaint adding the following parties:

    a- United States Secretary of State; and,
    b- United States Marshals Service.

This Court should grant leave freely to amend a complaint. See Forman v Davis, 371 U.S. 178 (1962)

Respectfully submitted

Oscar Eliseo Medelius-Rodriguez
    c/o Wake County Jail
P.O. Box 2419 - Raleigh, NC 27602