In the
United States District Court
for the District of Columbia

RECEIVED
APR 1 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Oscar Eliseo Medelius-Rodriguez
Plaintiff

v

The United States Citizenship and
Immigration Services (USCIS)
Defendant

Civil Action No.
08-0352-PLF

Motion for Appointment of Counsel

Plaintiff Oscar Eliseo Medelius-Rodriguez, pursuant to 42 U.S.C § 1915 requests this Court to appoint counsel to represent him in this case for the following reasons:

a.- Plaintiff is not able to afford counsel;
b.- The issues involved in this case are complex;
c.- The county jail library practically has no federal law material. See Exhibit 1 and 2
d.- The ends of justice would best be served in this case if an attorney was appointed to represent the plaintiff.

Respectfully submitted.

Oscar Eliseo Medelius-Rodriguez
c/o Wake County Jail
P.O. Box 2419 - Raleigh, NC 27602

EXHIBIT A

PSC Law Library

General Statutes of North Carolina   2007
Federal Civil Judicial Procedures and Rules  2008
North Carolina Rules of Court Local  2008
North Carolina Rules of Court Federal  2008
North Carolina Rules of court State  2008
North Carolina Reports Vols. 200 – 361 Updates as printed.
North Carolina Court of appeals Reports Vols. 1 – 177 Updates as printed.
West's North Carolina Reporter
Strongs North Carolina Index 4th
Blacks Law Dictionary
Constitutional Rights of Prisoners
North Carolina Criminal Trial Practices 3rd Edition
Shepards North Carolina Citations
Federal and State Post Conviction Remedies and Relief 1992
North Carolina Evidence- Stansbury
Civil rights and Civil Litigations 3rd Edition 1 and 2
Prisoners' Self-Help Litigation Manual
How to Find Law 9th Edition
Criminal Law

## Certification

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE-LIST HAS BEEN PREPARED BY WAKE COUNTY JAIL ADMINISTRATION AND IS GIVEN TO KNOW THE LAW BOOKS AN INMATE CAN FIND IN THE LAW LIBRARY.

EXECUTED ON APRIL 10TH, 2008

Oscar Eliseo Medelius-Rodriguez

# WAKE COUNTY SHERIFF'S OFFICE – DETENTION DIVISION

## INMATE REQUEST FORM

As an inmate in the Wake County Jail, you are entitled to certain basic rights and privileges. The normal operating procedures of the jail take into account these basic rights and privileges. If, however, there are unusual circumstances, conditions or requests, which you believe are worthy of special consideration, you may use this form to document your request and forward it to your Pod Supervisor. Your Pod Supervisor will attempt to answer your request. However, if he/she is unable, your request will be forwarded to the appropriate personnel. Only reasonable and legitimate request will receive consideration.

**\*\*THERE WILL BE NO RESPONSE TO FRIVOLOUS, ABSURD OR REPEATED REQUEST.**

FROM: MEDELIUS, OSCAR            242053   6 BLUE 21
      LAST, FIRST, MI              ID NUMBER   HOUSING ASSIGNMENT

FACILITY: ☑ PSC  ☐ DETENTION ANNEX  ☐ DETENTION CENTER

(DO NOT WRITE ON THE BACK OF THIS FORM, ADD ADDITIONAL SHEETS IF NEEDED)

INMATE CHECK THE APPROPRIATE BOX

| | | |
|---|---|---|
| ☐ FINANCE (INMATE TRUST FUND ACCOUNT) | ☐ SPECIAL VISIT | ☐ RECORDS SECTION |
| ☐ INMATE PROPERTY | ☐ MEDICAL | ☐ COMMISSARY |
| ☑ SCHOOL/ LAW LIBRARY | ☐ CLASSIFICATION | ☐ OTHER: |

INMATE WRITE REQUEST HERE

Dear Sir,
I am asking the Federal Court the appointment of legal counsel. To support my petition I need a list of all the books that are available for my use in the law library.
                                    Thank you.

OFFICER INFORMATION (INMATE DO NOT WRITE IN THIS SECTION)

NAME OF OFFICER/STAFF MEMBER RECEIVING REQUEST: Ofc. Sloane    DATE: 4-4-08    TIME: 2210 Hrs

OFFICER/STAFF MEMBER COMMENTS: The list you requested is attached. M. Wilson 4/8/07

ADMINISTRATIVE ACTION (INMATE DO NOT WRITE IN THIS SECTION)

☐ APPROVED        ☐ DISAPPROVED              DATE:

AUTHORIZING SIGNATURE:
WRITTEN RESPONSE, IF NEEDED:

DISTRIBUTION: WHITE – INMATE'S FILE    CANARY – DIRECTOR    PINK – STAFF MEMBER COMPLETING LAST SECTION OF FORM
                            GOLDEN ROD – TO INMATE AFTER COMPLETION

Exhibit 2

Exhibit 2

## Statement by Witness

Name of Witness: DAVID K. DANSER        ID# (If Inmate): 243145

Position or Title of Witness: FEDERAL INMATE

Name of Inmate(s) to which statement refers: OSCAR MEDELIUS - RODRIGUEZ

Accused Inmate desires Witness statements from the following: DISCRIPTION OF LAW LIBRARY IN WAKE COUNTY JAIL

Name of Person obtaining statement: [redacted]    Date 4-7-08    Time ___

Note****This statement should give factual account of the events witnessed. Indicate what was observed, where and when it occurred, who was involved, what other witnesses there were and other factual information.

Statement: ON MARCH 31, 2008, I WAS ALLOWED ACCESS TO THE LAW LIBRARY IN THE WAKE COUNTY JAIL, IN RALEIGH, NORTH CAROLINA. THE ROOM WAS APPROXIMITLY TEN (10) FEET X TWELVE (12) FEET. IT CONSISTED OF ALMOST ENTIRELY VOLUMES OF NORTH CAROLINA STATE STATUTES AND CASE LAW. THE ONLY BOOKS IN THE LIBRARY AT ALL BENIFICIAL TO FEDERAL LAW WERE TWO (2) BOOKS: THE FEDERAL RULES OF CIVIL PROCEEDURE, AND BLACK'S LAW DICTIONARY. THERE ARE NO FEDERAL STATUTE VOLUMES, NOR ANY FEDERAL CASE LAW BOOKS, NOR ANY OTHER BOOKS TO ASSIST FEDERAL INMATES NORMALLY FOUND IN A FEDERAL PRISON LAW LIBRARY. I HAVE BEEN IN NINE (9) FEDERAL PRISONS, HAVE STUDIED IN EACH OF THEM, AND CAN ATTEST TO THIS.

To the best of my knowledge this is a true and accurate statement of fact.

Signature of Witness: [signed]        Date APRIL 7, 2008