RECEIVED
APR 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the
United States District Court
for the District of Columbia

Civil Action No.
08-0352-PLF

Oscar Eliseo Medelius-Rodriguez
Plaintiff

v

The United States Citizenship and
Immigration Services (USCIS)
Defendant

Pro-se
Change of Address
Notification

The Clerk is hereby notified that my address should be changed to:

Oscar Eliseo Medelius-Rodriguez
1018 Cordgrass Rd.
Hampstead, North Carolina
NC 28443

Respectfully submitted,

Oscar E. Medelius-Rodriguez
c/o Wake County Jail
P.O. Box 2419
Raleigh, NC 27602