COPY FOR PLAINTIFF

**RECEIVED**

APR 2 5 2008   by Case Administrator Tawana Davis

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In the

United States District Court

For the District of Columbia

| | |
|---|---|
| Oscar Eliseo Medelius-Rodríguez<br>Plaintiff | Civil Action No. 08-0352-PLF |
| v | Motion for Appointment of Counsel |
| The United States Citizenship and Immigration Services (USCIS)<br>Defendant | |

Plaintiff Oscar Eliseo Medelius-Rodríguez, pursuant to 42 U.S.C § 1915 requests this Court to appoint counsel to represent him in this case for the following reasons:

a.- Plaintiff is not able to afford counsel;

b.- The issues involved in this case are complex;

c.- The county jail law library practically has no federal law material. See Exhibit 1 and 2;

d.- The ends of justice would best be served in this case if an attorney was appointed to represent the plaintiff.

Respectfully submitted

Oscar Eliseo Medelius-Rodríguez
c/o Wake County Jail
P.O. Box 2419 - Raleigh, NC 27602

COPY FOR PLAINTIFF

In the
United States District Court
For the District of Columbia

RECEIVED
APR 16 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Oscar Eliseo Medelius-Rodríguez )   Civil Action No 08-0352-
          Plaintiff          )              PLF
                             )
                             )
          v                  )   Motion for leave to file
                             )   an Amended Complaint
                             )
The United States Citizenship and )
Immigration Services ( USCIS )    )
          Defendant          )

Plaintiff Oscar Eliseo Medelius-Rodríguez pursuant to Rules 15(a) and 19(a) Fed. R. Civ. Proc., requests leave to file an amended complaint adding the following parties:

     a- United States Secretary of State; and
     b- United States Marshals Service.

This Court should grant leave freely to amend a complaint. See Forman v Davis, 371 U.S. 178 (1962)

                        Respectfully submitted

Oscar Eliseo Medelius-Rodríguez
    c/o Wake County Jail
    P.O. Box 2419 - Raleigh, NC 27602

COPY FOR PLAINTIFF

In the

United States District Court

For the District of Columbia

RECEIVED

APR 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Oscar Eliseo Medelius-Rodríguez
Plaintiff

v

The United States Citizenship and
Immigration Services (USCIS)
Defendant

Civil Action No.

08-0352-PLF

Motion for a Temporary Restraining Order, or in the Alternative for a Preliminary Injuction Order as Emergency Action

Plaintiff Oscar Eliseo Medelius-Rodríguez pursuant to Rule 65 Fed. R. Civ. Proc. moves this court for a temporary restraining order, or in the alternative, for a preliminary injuction order to prohibit the United States the execution of the U.S. Secretary of State's extradition-warrant for the plaintiff's surrender to the Republic of Peru until there is a judgment in this civil action to determine the matter in dispute

## Factual Background

1- The Republic of Peru requested to the United States the plaintiff's extradition only after, and because of,