

## HABEAS URGENT ACTION
## Change of Address Notification

**RECEIVED**
APR 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

April 17th 2008                    ATTENTION: Mrs. Davis

Oscar Medelius
v.
United States Citizenship and Immigration Service
File # 08-0352-pls

Plaintiff <u>Oscar Medelius-Rodriguez</u>, informs his change of address.

New Address:

> Robert A. Deyton Detention Facility
> P.O Box 730
> Lovejoy, GA  30250

April 17th, 2008

    This is a motion of urgent matter. Oscar Medelius, my father, is proximate to be extradited. According to the Peruvian newspapers he will be arriving to Lima, Peru tomorrow evening (Friday 18th evening). We are desperate and the revision of this motion is our last chance. It was presented on Monday as a motion of urgent action. He is accused of allegedly committing political crimes (forgery of signatures) while being a congressman in Peru. The government proved his innocence two consecutive times. The case was re-opened for a third time and he flew to the U.S seeking asylum. After two years of being detained in this country with no legal advice, his extradition was certified. The Peruvian government wants to give him 13 years in jail and pay the outrageous sum of 8 million soles (2.5 million dollars),

    His rights are being violated and he has been trying arduously to defend himself for these two years in the U.S. Please help us.

Marianella Medelius
436 Racine Dr. Apt 105
Wilmington, NC-28403
(910)231 4685
Mm6023@uncw.edu