# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION No. 08-0352-PLF

| | |
|---|---|
| OSCAR ELISEO MEDELIUS-RODRIGUEZ )<br>PLAINTIFF )<br>)<br>v )<br>)<br>THE UNITED STATES CITIZENSHIP AND )<br>IMMIGRATION SERVICES ( USCIS ) )<br>DEFENDANT ) | PRO-SE<br>CHANGE OF ADDRESS<br>NOTIFICATION |

**RECEIVED**

JUN 1 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Now comes the Plaintiff ,Oscar Eliseo Medelius-Rodríguez , to notify this court his change of address to:

OSCAR ELISEO MEDELIUS-RODRIGUEZ
c/o Felix Perez y/o Amy Alicote
95 Hamilton Avenue
Clifton, New Jersey
NJ 07011

Respectfully submitted,

OSCAR ELISEO MEDELIUS-RODRIGUEZ
95 Hamilton Avenue
Clifton, New Jersey
NJ 07011

Submitted to :
Clerk
U.S. District Court for The District of Columbia
333 Constitution Avenue, N.W
Washington , DC 20001