UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR E. MEDELIUS-RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00352 PLF |
| | ) |
| U.S. CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES, | ) |
| | ) |
| Defendant. | ) |

MOTION FOR EXTENSION OF TIME TO ANSWER

    Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant, the United States Citizenship and Immigration Services, moves for an extension of time from today, June 16, 2008, to July 24, 2008, for defendant to answer or otherwise respond to the complaint. Because of the difficulties involved in contacting prisoners (plaintiff is in the Wake County Jail in Raleigh, North Carolina), undersigned counsel (Fred E. Haynes) has not attempted to contact plaintiff to determine his position on this motion. (Local Civil Rule 7(m) does not require counsel to discuss non-dispositive motions with prisoners who are proceeding pro se.)

    Undersigned counsel, primarily responsible for this case for defendant, has been advised by the agency attorneys that they have located a substantial volume of material relating to defendant's immigration status and the events at issue in this case. This volume of material and the heavy workload of the agency's attorneys means that an extension of time is needed so that they can prepare materials that are needed by undersigned counsel in preparing the answer or other response to the complaint. The additional time is, therefore, needed.

Attached is a draft order reflecting the requested extension of time.

        Respectfully submitted,

        JEFFREY A. TAYLOR, DC Bar #498610
        United States Attorney

        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney
                /s/
        FRED E. HAYNES, DC Bar #165654
        Assistant United States Attorney
        555 4th Street, N.W., Room E-4110
        Washington, D.C. 20530
        202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR E. MEDELIUS-RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00352 PLF |
| | ) |
| U.S. CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the motion by defendant for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2008,

ORDERED that defendant shall have to, and including, July 24, 2008, to answer or otherwise respond to the complaint in this action.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for an extension of time to answer to be served by first-class mail, postage prepaid, this 16th day of June, 2008, on:

>Mr. Oscar E. Medelius-Rodriguez
>Wake County Jail
>POB 2419
>Raleigh, N.C. 27602

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201