UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
OSCAR ELISEO MEDELIUS RODRIGUEZ,            )
                                            )
      Plaintiff,                            )
                                            )
      v.                                    )    Civil Action No. 08-352 (PLF)
                                            )
UNITED STATES CITIZENSHIP AND,              )
IMMIGRATION SERVICE,                        )
                                            )
      Defendant.                            )
_____)


ORDER

      Plaintiff, proceeding pro se, has filed a motion to amend his complaint by adding two defendants, a motion to obtain court appointed counsel to assist him, and a motion for a temporary restraining order or preliminary injunction, which shall be construed as a motion for a preliminary injunction, to stay execution of an extradition order. The defendant has not filed a response to any of plaintiff's motions. Defendant has filed a motion seeking an extension of time to respond to the complaint in order to review materials related to the plaintiff's status. It is hereby

      ORDERED that plaintiff's motion to amend his complaint [Dkt. 7] is GRANTED as a matter of right under Fed. R. Civ. P. 15(a)(1)(A)(1). The Clerk of Court is DIRECTED to prepare and issue summonses to be served on the two added defendants, the United States Secretary of State and the United States Marshal Service, along with a copy of the complaint and this order. It is further

-2-

ORDERED that plaintiff's motion for appointed counsel [Dkt. 8] is DENIED WITHOUT PREJUDICE to renew at a later date.  It is further

ORDERED that the government defendant shall file its response to plaintiff's motion [Dkt. 9] for a preliminary injunction on or before June 25, 2008.  It is further

ORDERED that the defendant's motion [Dkt. 17] for an extension of time to respond to the complaint is GRANTED.  A response to the complaint is due on or before July 24, 2008.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE:  June 18, 2008