UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR E. MEDELIUS-RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00352 PLF |
| | ) |
| U.S. CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES, | ) |
| | ) |
| Defendant. | ) |

MOTION FOR EXTENSION OF TIME TO RESPOND
TO THE MOTION FOR A TEMPORARY RESTRAINING
<u>ORDER AND PRELIMINARY INJUNCTION</u>

Pursuant to Federal Rule of Civil Procedure 6(b)(2), defendant, the United States Citizenship and Immigration Services, moves for an extension of time to July 3, 2008, for defendant to respond to plaintiff's motion for a temporary restraining order and a preliminary injunction. This motion was filed on April 16, 2008. The complaint was filed on February 27, 2008, and it was served on defendant on April 16, 2008. The motion for the TRO and preliminary injunction was not, however, served on the United States Attorney's Office. On June 16, 2008, undersigned counsel (Fred E. Haynes) filed a motion for an extension of time to answer the complaint. This motion was approved by the Court on June 18, thereby entering his appearance in this matter. A minute entry was also made on that date setting the new date for the answer and adding that the response to plaintiff's motion for a preliminary injunction was to be made by June 25. Today, while reviewing the status of this case in preparation for a discussion with an agency attorney, undersigned counsel saw the June 25 date, which he had inadvertently overlooked.

The additional time is needed to respond to the motion for a preliminary injunction because undersigned counsel needs to double-check the information that he received today in

response to queries as to the current location of the plaintiff. Undersigned counsel has been advised by the Department of Justice's Criminal Division that plaintiff was extradited to Peru on April 18, 2008. This is consistent with a decision by the Fourth Circuit Court of Appeals on October 18, 2007, 2007 WL 2985304:

> In these consolidated appeals, Oscar Eliseo Medelius-Rodriguez (Medelius) appeals the district court's order denying relief on his petition under 28 U.S.C. § 2241 (2000), in which he sought review of a magistrate judge's order authorizing his extradition to Peru (No. 07-6537). He also appeals the district court's order denying a stay of judgment pending appeal (No. 07-6846) and seeks a writ of prohibition (No. 07-6997) to prevent the extradition process from going forward during the pendency of his habeas appeal. We conclude that the magistrate judge did not err in finding Medelius extraditable, and we affirm the district court's orders denying habeas relief and a stay pending appeal. We likewise deny the petition for writ of prohibition.

It appears that the motion for preliminary relief may be moot, as well as being barred by principles of res judicata and collateral estoppel. Undersigned counsel will confirm this information and inform the Court on these issues.

Attached hereto is a draft order reflecting the requested relief. Undersigned counsel has not been able to contact plaintiff to determine his position of this motion. There is no telephone listed for the individuals at the Clifton, New Jersey, address given by plaintiff in his change of address submission.

        Respectfully submitted,

        JEFFREY A. TAYLOR, DC Bar #498610
        United States Attorney

        RUDOLPH CONTRERAS, DC Bar #434122
        Assistant United States Attorney

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OSCAR E. MEDELIUS-RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 08-00352 PLF |
| | ) | |
| U.S. CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

UPON CONSIDERATION of the motion by defendant for an extension of time to respond to plaintiff's motion for preliminary relief, and the entire record in this case, it is this

\_\_\_\_\_ day of _____, 2008,

ORDERED that defendant shall have to, and including, July 3, 2008, to respond to the motion for preliminary relief.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendant

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for an extension of time to respond to plaintiff's motion for preliminary relief to be served by first-class mail, postage prepaid, this 27th day of June, 2008, on:

>Mr. Oscar E. Medelius-Rodriguez
>c/o Felix Perez y/o Amy Alicote
>95 Hamilton Avenue
>Clifton, NJ 07011

>/s/
>Fred E. Haynes, D.C. Bar # 165654
>Assistant United States Attorney
>555 4th Street, N.W., Room E-4110
>Washington, D.C. 20530
>(202) 514-7201