UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OSCAR E. MEDELIUS-RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 08-00352 PLF |
| | ) | |
| U.S. CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM IN OPPOSITION TO PLAINTIFF'S
MOTION FOR A TEMPORARY RESTRAINING
ORDER AND A PRELIMINARY INJUNCTION

On April 16, 2008, plaintiff's motion for a temporary restraining order and preliminary

injunction was filed in this case. It was not served upon the United States Attorney's Office for

the District of Columbia.. The affidavit filed in support of the motion, at paragraph 14, states

"Affiant has not served a copy [of the motion] to other parties of [sic] this document because no

attorney has yet appeared in the case." The relief sought by plaintiff was an order prohibiting the

United States from extraditing him to Peru until this civil action is decided.

Plaintiff was extradited to Peru on April 18, 2008. See Exhibit A hereto, a certification

from the U.S. Marshals Service (the certification has been redacted in accordance with the

privacy directive from the Judicial Conference). It follows that the motion for preliminary relief

is now moot, and the motion should be denied. Attached hereto is a draft order reflecting this

relief.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney
                    /s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

Case 1:08-cv-00352-PLF    Document 20    Filed 07/02/2008    Page 2 of 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OSCAR E. MEDELIUS-RODRIGUEZ,    )
                                )
              Plaintiff,         )
                                )
        v.                       )  Civ. No. 08-00352 PLF
                                )
U.S. CITIZENSHIP AND            )
IMMIGRATION SERVICES,           )
                                )
              Defendant.         )

<u>ORDER</u>

UPON CONSIDERATION of plaintiff's motion for a temporary restraining order and a

preliminary injunction and the opposition thereto filed by defendant, it is this _____ day of

_____, 2008,

ORDERED that plaintiff's motion for a temporary restraining order and a preliminary

injunction is denied.   This interlocutory order may be appealed.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendant

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing memorandum in opposition to

plaintiff's motion for a temporary restraining order and a preliminary injunction to be served by

first-class mail, postage prepaid, this 2d day of July, 2008, on:

> Mr. Oscar E. Medelius-Rodriguez
> c/o Felix Perez y/o Amy Alicote
> 95 Hamilton Avenue
> Clifton, NJ 07011

> /s/
> Fred E. Haynes, D.C. Bar # 165654
> Assistant United States Attorney
> 555 4th Street, N.W., Room E-4110
> Washington, D.C. 20530
> (202) 514-7201



**U.S. Department of Justice**

United States Marshals Service

*Investigative Operations Division*

---

*Washington, DC 20530-1000*

01 July 2008

To Whom It May Concern:

I certify that Oscar Eliseo Medelius Rodriguez, Date of Birth: ███ 1955, A#95368654, was turned over to Peruvian officials on 18 April 2008 and extradited to Peru.

Sincerely,

Julie A. Shealey
Acting Chief Inspector
International Investigations Branch
Extradition Program Manager
(202) 353-4072 office
(202) 353-8325 fax



EXHIBIT

A