UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR ELISEO MEDELIUS RODRIGUEZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES CITIZENSHIP AND, ) <br> IMMIGRATION SERVICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 08-352 (PLF) |

ORDER

Plaintiff filed on April 16, 2008, but did not serve on defendant, a motion for a temporary restraining order and preliminary injunction. The plaintiff sought an order prohibiting extradition to Peru pending resolution of this action in which he seeks a judgment declaring that the defendant violated plaintiff's privacy rights and breached defendant's own published promise of confidentiality. On April 18, 2008, plaintiff was extradited to Peru. Accordingly, it is hereby

ORDERED that the plaintiff's motion [Dkt. 9] for a temporary restraining order or preliminary injunction is DENIED as moot.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: July 7, 2008