IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL ACTION No. 1:08-cv-352 (PLF)

| | |
|---|---|
| OSCAR ELISEO MEDELIUS RODRIGUEZ )<br>Plaintiff )<br>)<br>)<br>v )<br>)<br>)<br>)<br>)<br>)<br>THE UNITED STATES CITIZENSHIP AND )<br>IMMIGRATION SERVICES (USCIS) )<br>Et al )<br>Defendants ) | Request for Voluntarily Dismissal, without prejudice, of Plaintiff's motion for a temporary restraining order or preliminary injunction, to stay execution of an extradition order<br><br>**RECEIVED**<br><br>JUL 1 4 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

Now comes the PLAINTIFF, Oscar Eliseo Medelius Rodriguez, and according with the Fed. R. Civ. P. , to file with this Honorable Court a Voluntarily Dismissal ,<u>WITHOUT PREJUDICE,</u> of his Motion requesting a temporary restraining order or preliminary injuction , which has been construed as a motion for a preliminary injuction, to stay the execution of an extradition order.

Respectfully submitted,

On July 7, 2008

OSCAR ELISEO MEDELIUS RODRIGUEZ
c/o Felix Perez y/o Amy Alacote
95 Hamilton Ave.
Clifton, NJ 07011