UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR E. MEDELIUS-RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00352 PLF |
| | ) |
| U.S. CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES, | ) |
| | ) |
| Defendant. | ) |

SECOND MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant, the United States Citizenship and Immigration Services, moves for a further extension of time from today, July 24, 2008, to August 7, 2008, for defendant to answer or otherwise respond to the complaint. Because plaintiff has been extradited to Peru and is believed to be in prison there, undersigned counsel (Fred E. Haynes) has not attempted to contact plaintiff to determine his position on this motion.

Based on undersigned counsel's review of previous litigation by plaintiff, he currently intends to file a dispositive motion based on the principles of res judicata and collateral estoppel. The additional time is needed due to the substantial other litigation responsibilities of undersigned counsel, including both affirmative and defensive cases and matters relating to the collection of criminal fines and restitution.

Attached is a draft order reflecting the requested extension of time.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OSCAR E. MEDELIUS-RODRIGUEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 08-00352 PLF |
| | ) |
| U.S. CITIZENSHIP AND | ) |
| IMMIGRATION SERVICES, | ) |
| | ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of the second motion by defendant for an extension of time to answer or otherwise respond to the complaint, and the entire record in this case, it is this _____ day of _____, 2008,

ORDERED that defendant shall have to, and including, August 7, 2008, to answer or otherwise respond to the complaint in this action.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing second motion for an extension of time to answer to be served by first-class mail, postage prepaid, this 24th day of July, 2008, on:

    Mr. Oscar E. Medelius-Rodriguez
    C/o Felix Perez y/o Amy Alacote
    95 Hamilton Avenue
    Clifton, NJ 07011

    /s/
    Fred E. Haynes, D.C. Bar # 165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    (202) 514-7201