UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| OSCAR E. MEDELIUS-RODRIGUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 08-00352 PLF |
| | ) | |
| U.S. CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR ONE-DAY EXTENSION OF TIME TO ANSWER

Pursuant to Federal Rule of Civil Procedure 6(b)(1), defendant, the United States Citizen-ship and Immigration Services, moves for a further extension of time of one day,  from today (August 7, 2008) to August 8, 2008, for defendant to answer or otherwise respond to the complaint.  Because plaintiff has been extradited to Peru and is believed to be in prison there, undersigned counsel (Fred E. Haynes) has not attempted to contact plaintiff to determine his position on this motion.  Undesigned counsel has substantially completed a dispositive motion in this case; however, due to other litigation responsibilities and family obligations, he has not been able to complete it today in time for supervisory review.  The additional one day is, therefore, needed.

Attached is a draft order reflecting the requested extension of time.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

/s/
FRED E. HAYNES, DC Bar #165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OSCAR E. MEDELIUS-RODRIGUEZ,          )
                                      )
              Plaintiff,              )
                                      )
       v.                             )  Civ. No. 08-00352 PLF
                                      )
U.S. CITIZENSHIP AND                  )
IMMIGRATION SERVICES,                 )
                                      )
              Defendant.              )

<u>ORDER</u>

UPON CONSIDERATION of the motion by defendant for an extension of time of one

day to answer or otherwise respond to the complaint, and the entire record in this case, it is this

_____ day of _____, 2008,

ORDERED that defendant shall have to, and including, August 8, 2008, to answer or

otherwise respond to the complaint in this action.

UNITED STATES DISTRICT JUDGE

Copies to the pro se plaintiff and to counsel for defendants

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing motion for a further extension of

time of one day to answer or otherwise respond to the complaint to be served by first-class mail,

postage prepaid, this 7th day of August, 2008, on:

Mr. Oscar E. Medelius-Rodriguez
C/o Felix Perez y/o Amy Alacote
95 Hamilton Avenue
Clifton, NJ 07011

/s/
Fred E. Haynes, D.C. Bar # 165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
(202) 514-7201